THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* GEORGE MCLELLAN, Defendant-Appellant.

(No. 73-450; )

Second District (1st Division)—May 23, 1975.

Opinion by Mr. PRESIDING JUSTICE SEIDENFELD.

Ralph Ruebner and Adam Lutynski, both of State Appellate Defender's Office, of Elgin, for appellant.

Gerry L. Dondanville, State's Attorney, of Geneva (Clarence Wittenstrom, Jr., Assistant State's Attorney, of counsel), for the People.